UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KIA LUNDGRE, | ) | |
| | ) | CASE NO. C06-4013 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court reverses the ALJ's decision and remands this case to the Commissioner for calculation of benefits to Lundgren.

DATED: January 16, 2007

<u>Pridgen J. Watkins - Clerk</u>

<u>S/src</u>
By: Deputy Clerk